IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAMILY MORTGAGE CORPORATION NO. 15, a Maryland Corporation,

    Plaintiff,

-v-

PERRY L. GREINER, an individual,

    Defendant.

**\*E-FILED - 2/28/06\***

CASE NO.: C-03-01380-RMW

**SEALING ORDER**

    IT IS HEREBY ORDERED that Plaintiff and Counter-Defendant's motion for entry of judgment on accordance with terms of settlement, and enforcement of judgment and all supporting papers shall be filed under seal.

IT IS SO ORDERED.

DATED: February 28, 2006

_____
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Copy of E-Filed to Counsel of Record: |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |