**E-FILED on**   3/17/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAMILY MORTGAGE CORPORATION NO. 15,<br><br>        Plaintiff,<br><br>    v.<br><br>PERRY L. GREINER,<br><br>        Defendant. | No. C-05-01380 RMW<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEYS; GRANTING APPLICATION TO CONTINUE HEARING DATE<br><br>**[Re Docket Nos. 110, 111]** |

      Defendant Perry Greiner applies *ex parte* for approval of his change of counsel and, due to this change, additional time to respond to the plaintiff's motion for entry of judgment. Plaintiff does not oppose Greiner's request, but does (1) point out that under Civil L.R. 11-5(a), Griener's former attorney required court permission to withdraw from this ongoing action, and (2) request that the court grant no further continuances of the hearing date on the pending motion.

      The court will grant Greiner's requests to approve his change of counsel and to continue the hearing date. The court will not prohibit future requests to again continue the hearing, but the court is unlikely to grant any, either. As the court is not available on the date Greiner requests, April 21,

1  2006, plaintiff's motion will be heard on April 28, 2006.  Greiner's opposition to the motion and

2  plaintiff's reply will be due on March 31 and April 7, respectively.

3

4

5  DATED:      3/17/06                                    /s/ Ronald M. Whyte
                                                       RONALD M. WHYTE
6                                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING SUBSTITUTION OF ATTORNEYS; GRANTING APPLICATION TO CONTINUE HEARING DATE—No.
C-05-01380 RMW
JAH                                                      2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Mark V. Isola | misola@rehonroberts.com |
| Peter M. Rehon | prehon@rehonroberts.com |
| Tiffany L. Goodman | |
| Tyler J. Olson | tolson@rehonroberts.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**This document was also mailed to defendant (*pro se*):**

Perry L Greiner
15466 Los Gatos Blvd.
Suite 109, Box 65
Los Gatos, CA  95032

Stanford H. Atwood, Jr.; Eric S. Haiman
Atwood Haiman & Westerberg
18805 Cox Ave
Suite 200
Saratoga, CA 95070-4183


**Dated:**     3/17/06             /s/ JH
                              **Chambers of Judge Whyte**

ORDER APPROVING SUBSTITUTION OF ATTORNEYS; GRANTING APPLICATION TO CONTINUE HEARING DATE—No. C-05-01380 RMW
JAH                                                    3