**E-FILED on** ___4/5/06___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAMILY MORTGAGE CORPORATION NO. 15,<br><br>    Plaintiff,<br><br>    v.<br><br>PERRY L. GREINER,<br><br>    Defendant. | No. C-03-01380 RMW<br><br>ORDER ON *EX PARTE* APPLICATION TO EXTEND BRIEFING SCHEDULE<br><br>**[Re Docket No. 119]** |

Defendant Perry Greiner again applies *ex parte* for more time to respond to plaintiff Family Mortgage Corporation No. 15's motion to enter and enforce judgment.

The court essentially granted Greiner's previous request—despite certain of plaintiff's objections—to continue the hearing date on plaintiff's motion to April 21, 2006. The court extended the briefing schedule as defendant requested. The order specifically gave dates on which the opposition and reply would be due—dates papers would have been due under the Civil Local Rules' default briefing schedule had the hearing been on defendant's requested date of April 21. Although the court was not available on April 21 and continued the hearing to the following week, it did not extend the briefing schedule because it could benefit from extra time to consider the filings associated with plaintiff's motion.

ORDER ON EX PARTE APPLICATION TO EXTEND BRIEFING SCHEDULE —No. C-03-01380 RMW
JAH

1  Though Greiner's opposition was due March 31, he has not yet filed one. The court only
2  reluctantly approves the stipulated due dates for the opposition and reply. The court will also
3  continue the hearing on plaintiff's motion to May 12, 2005, at 9 a.m. No further requests for
4  extensions of time will be granted.[1]

**ORDER**

The court orders as follows:

1. Defendant shall file his opposition to plaintiff's motion to enter and enforce judgment no later than **April 7, 2006**.

2. Plaintiff shall file its reply no later than **April 21, 2006**.

3. Plaintiff's motion to enter and enforce judgment will be heard on **May 12, 2006** at 9 a.m.

DATED:     4/5/06                    /s/ Ronald M. Whyte
                                     RONALD M. WHYTE
                                     United States District Judge

---

[1] If the parties are unavailable on May 12, the court will consider changing the hearing date only by written stipulation showing good cause or pursuant to a motion filed for an order shortening time. However, the court will not extend the briefing schedule further even if the hearing date is changed.

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Mark V. Isola | misola@rehonroberts.com |
| Peter M. Rehon | prehon@rehonroberts.com |
| Tiffany L. Goodman | |
| Tyler J. Olson | tolson@rehonroberts.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy will also be mailed to:**

Stanford H. Atwood, Jr., Eric S. Haiman
Atwood Haiman & Westerberg
18805 Cox Ave
Suite 200
Saratoga, CA 95070-4183


**Dated:**      4/5/06                              /s/ JH
                                         **Chambers of Judge Whyte**

ORDER ON EX PARTE APPLICATION TO EXTEND BRIEFING SCHEDULE —No. C-03-01380 RMW
JAH                                         3