**E-FILED on** 4/28/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAMILY MORTGAGE CORPORATION NO. 15,<br><br>     Plaintiff,<br><br>     v.<br><br>PERRY L. GREINER,<br><br>     Defendant. | No. C-03-01380 RMW<br><br>ORDER REGARDING DOCUMENTS FILED UNDER SEAL |

Plaintiff Family Mortgage Corporation No. 15 and counter-defendant Eastern Saving Bank (collectively "FMC") seek to enforce what they allege is a confidential settlement agreement. The court previously granted their request to file their pending motion and all supporting papers under seal. They now request that their reply papers all be filed under seal. FMC's request is granted. However, sealing requests are to be narrowly tailored, *see* Civil L.R. 79-5, and substantial parts of the motion and reply do not concern the terms of the purported settlement agreement. FMC shall file on ECF redacted versions of its motion and reply by May 4, 2006.

DATED:     4/28/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING DOCUMENTS FILED UNDER SEAL —No. C-03-01380 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Mark V. Isola             misola@rehonroberts.com
Peter M. Rehon            prehon@rehonroberts.com
Tiffany L. Goodman
Tyler J. Olson            tolson@rehonroberts.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy will also be mailed to:**

Stanford H. Atwood, Jr.; Eric S. Haiman
Atwood Haiman & Westerberg
18805 Cox Ave
Suite 200
Saratoga, CA 95070-4183

**Dated:**      4/28/06                          /s/ JH
                                        **Chambers of Judge Whyte**

ORDER REGARDING DOCUMENTS FILED UNDER SEAL —No. C-03-01380 RMW
JAH                                   2