E-FILED on    4/28/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FAMILY MORTGAGE CORPORATION NO. 15, | No. C-03-01380 RMW |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| PERRY L. GREINER, | |
| Defendant. | |

   Defendant Perry L. Greiner and his attorneys Stanford H. Atwood, Jr., and Eric S. Haiman are ordered to show cause by May 5, 2006 why they should not be sanctioned under Fed.R.Civ.P. 11(b).  Greiner's claims that he did not intend to enter into the settlement agreement in October 2004 appear to be made in bad faith, in violation of Fed.R.Civ.P. 11(b)(1) and (3).  His legal argument that his intent in signing the settlement agreement is relevant appears unwarranted under California law, *see*, *e.g.*, *Beard v. Goodrich*, 110 Cal. App. 4th 1031, 1038 (2003) ("Contract formation is governed by objective manifestations, not the subjective intent of any individual involved. . . . The test is what the outward manifestations of consent would lead a reasonable person to believe.")

ORDER TO SHOW CAUSE —No. C-03-01380 RMW
JAH

1  (internal quotation marks omitted), and thus appears to constitute a violation of Fed.R.Civ.P.

2  11(b)(2) by his attorneys.  The hearing on this order shall held at 9 a.m. on May 12, 2006.

3

4

5  DATED:      4/28/06

            *Ronald M Whyte*
            RONALD M. WHYTE
6           United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Mark V. Isola | misola@rehonroberts.com |
| Peter M. Rehon | prehon@rehonroberts.com |
| Tiffany L. Goodman | |
| Tyler J. Olson | tolson@rehonroberts.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy will also be mailed to:**

Stanford H. Atwood, Jr.; Eric S. Haiman
Atwood Haiman & Westerberg
18805 Cox Ave
Suite 200
Saratoga, CA 95070-4183

**Dated:**   4/28/06            /s/ JH
                    **Chambers of Judge Whyte**

ORDER TO SHOW CAUSE —No. C-03-01380 RMW
JAH                                              3