1

2

3

4                                                              **E-FILED on    6/26/06**

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   FAMILY MORTGAGE CORPORATION              No. C-03-01380 RMW
     NO. 15,
13                                            ORDER DENYING MOTION FOR STAY
                  Plaintiff,
14                                            **[Re Docket No. 154]**
            v.
15
     PERRY L. GREINER,
16
                  Defendant.
17

18          On June 5, 2006, defendant Perry L. Greiner moved[1] this court to stay enforcement of its

19   order enforcing the settlement agreement between the parties.  The motion is denied.

20          Equitable principles do not support a stay here.[2]  While Greiner may suffer harm if this court

21

---

22   [1]  Greiner's attorneys apparently have not acted on two notices from the clerk instructing them to
     register in the court's electronic filing program.  *See* docket nos. 117, 145.  Compliance is required
23   by General Order 45, which deals with electronic filing.

24   [2]  The factors relevant to a district court's decision to stay an order pending an appeal are similar to
     those for granting a preliminary injunction.  *See Sec. Investor Prot. Corp. v. Blinder, Robinson &*
25   *Co., Inc.*, 962 F.2d 960, 968 (10th Cir. 1992); *Wash. Metro. Area Transit Comm'n v. Holiday Tours,*
     *Inc.*, 559 F.2d 841, 842 n.1 (D.C. Cir. 1977); *see also Lopez v. Heckler*, 713 F.2d 1432, (9th Cir.
26   1983) (standard applied by Ninth Circuit itself to evaluate requests for "stays pending appeal is
     similar to that employed by district courts in deciding whether to grant a preliminary injunction");
27   *United States v. Baylor Univ. Med. Ctr.*, 711 F.2d 38, 39 (5th Cir. 1983) (*per curiam*) (similar).  To
     be granted a stay, a movant must show "(1) its strong position on the merits of the appeal; (2)
28   irreparable injury if the stay was denied; (3) that a stay would not substantially harm other parties to
     the litigation; and (4) that the public interests favor a stay." *Securities Investor*, 962 F.2d at 968.

ORDER DENYING MOTION FOR STAY—No. C-03-01380 RMW
JAH

1  has erroneously enforced the settlement agreement, the court believes Greiner's appeal to be without

2  merit.  No public interest favors Greiner.  Most importantly, however, Greiner has consistently

3  pursued a strategy of delay with respect to the loan at issue here, seeking neither to cure his default

4  on the loan nor make good on his obligations to relinquish control of the sale of the property.  In

5  light of this, Family Mortgage and Eastern Saving Bank should be allowed to proceed with the

6  remedy given them by the court.

7          Greiner's motion for a stay is denied.

8

9

10  DATED:        6/26/06                                    _Ronald M Whyte_

11                                                          RONALD M. WHYTE
                                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Mark V. Isola          misola@rehonroberts.com
Peter M. Rehon          prehon@rehonroberts.com

4 Tiffany L. Goodman
Tyler J. Olson          tolson@rehonroberts.com

5

6 Counsel are responsible for distributing copies of this document to co-counsel that have not registered
for e-filing under the court's CM/ECF program.

7

8 **A copy will also be mailed to:**

9 Stanford H. Atwood, Jr.; Eric S. Haiman
Atwood Haiman & Westerberg

10 18805 Cox Ave., Suite 200
Saratoga, CA  95070-4183

11

12

**Dated:**      6/26/06                    /s/ JH

13                                  **Chambers of Judge Whyte**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR STAY—No. C-03-01380 RMW
JAH                                    3