| | |
|---|---|
| PETER M. REHON  (SBN 100123)<br>MARK V. ISOLA (SBN 154614)<br>REHON & ROBERTS<br>A Professional Corporation<br>Ten Almaden Boulevard, Suite 550<br>San Jose, CA  95113<br>Telephone:  (408) 494-0900<br>Facsimile:   (408) 494-0909<br><br>Attorneys for Plaintiff and Counterdefendant<br>Family Mortgage Corporation No. 15<br>and Counterdefendant Eastern Savings Bank | *E-FILED - 1/9/08* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FAMILY MORTGAGE CORPORATION NO. 15, a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERRY L. GREINER, an individual,<br><br>　　　　　Defendant.<br>_____<br>PERRY L. GREINER, an individual,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>FAMILY MORTGAGE NO. 15, a Maryland Corporation, and EASTERN SAVINGS BANK, F.S.B.,<br><br>　　　　　Counterdefendants. | Case No. C03 01380 RMW<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF AND COUNTERDEFENDANT FAMILY MORTGAGE CORPORATION NO. 15'S AND COUNTERDEFENDANT EASTERN SAVINGS BANK'S MOTION TO: (1) FURTHER ENFORCE SETTLEMENT AGREEMENT; AND (2) OBTAIN INJUNCTION ENJOINING STATE COURT ACTION**<br><br>Date:　　　　January 18, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　Six<br>　　　　　　　280 South First Street<br>　　　　　　　San Jose, California<br>Judge:　　　 Ronald M. Whyte<br><br>Trial Date:　October 18, 2004<br>　　　　　　　[Settlement entered on record<br>　　　　　　　　on October 19, 2004] |

　　　　Plaintiff/Counterdefendant Family Mortgage Corporation No. 15 and Counterdefendant Eastern Savings Bank (collectively referred to as "Family Mortgage"), through their counsel of record, and Defendant/Counterclaimant Perry L. Greiner ("Greiner"), through his counsel of record,

1.

STIPULATION

hereby stipulate as follows:

(1) The parties agree to continue the hearing on Family Mortgage's Motion to: (1) Further Enforce Settlement Agreement; and (2) Obtain Injunction Enjoining State Court Action, which is now scheduled for January 18, 2008, to February 22, 2008; and

(2) Greiner's opposition papers to the Motion are due by January 18, 2008, and Family Mortgage's reply papers are due by January 25, 2008.

IT IS SO STIPULATED.

DATE: December 28, 2007    REHON & ROBERTS
                           A Professional Corporation


                           By:   Peter M. Rehon /s/
                                 Peter M. Rehon
                                 Mark V. Isola
                                 Attorneys for Plaintiff/Counter-defendant
                                 Family Mortgage Corporation No. 15 and Counter-
                                 defendant Eastern Savings Bank

DATE: December 28, 2007    ATWOOD, HAIMAN & WESTERBERG


                           By:   Eric Haiman /s/
                                 Stanford H. Atwood, Jr., Esq.
                                 Eric Haiman, Esq.
                                 Attorneys for Defendant
                                 Perry L. Greiner

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that the Motion to: (1) Further Enforce Settlement Agreement; and (2) Obtain Injunction Enjoining State Court Action, be rescheduled to February 22, 2008, at 9:00 a.m, with the briefing schedule set forth above.

Dated: January 9, 2008

*Ronald M. Whyte*
Honorable Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

2.

STIPULATION

RevisedStipulationReMtn2FurtherEnfc.wpd