**E-FILED on** 5/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAMILY MORTGAGE CORPORATION NO. 15,<br><br>Plaintiff,<br><br>v.<br><br>PERRY L. GREINER,<br><br>Defendant. | No. C-03-01380 RMW<br><br>ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW<br><br>**[Re: Docket No. 187]** |

Defendant and counterclaimant Perry Greiner's counsel of record, Atwood, Haiman & Westerberg, moves for an order permitting the firm to withdraw as counsel for plaintiff.[1] Defendants do not oppose the motion. Mr. Greiner has not filed any opposition papers or otherwise indicated to the court that he opposes the motion. The motion was heard by the court on May 9, 2008. Having considered the papers submitted by defendant's counsel, the court finds good cause to support counsel's motion. Accordingly, Atwood, Haiman & Westerberg's motion to withdraw as counsel for defendant Perry Greiner is GRANTED.

---

[1] On June 6, 2006, Greiner filed a notice of appeal to the Ninth Circuit. Atwood, Haiman & Westerberg has requested and been granted permission to withdraw as Greiner's counsel by that court.

ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW – No. C-03-01380 RMW
MAG

**NOTICE TO DEFENDANT/COUNTERCLAIMANT PERRY GREINER**

You are hereby notified that Atwood, Haiman & Westerberg will no longer be representing you in this lawsuit. If you intend to pursue this case, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address, they will not be able to send you notice of actions that might affect you, including actions that may adversely affect your interests or result in your losing the case.

The last known address for defendant/counterclaimant is:

> Perry L. Greiner
> 15466 Los Gatos Blvd., #109
> Los Gatos, CA 95032
> (408) 395-1680

If you fail to keep the court informed of your current address, or if any order from the court mailed to the address which the court has on file for you is returned to the court as undeliverable, the court may find that you have abandoned your lawsuit and it will be dismissed.

**NOTICE TO PLAINTIFF/COUNTERDEFENDANT FAMILY MORTGAGE CORP.**

Until Mr. Greiner is again represented by counsel, all communications should be sent directly to him at the address set forth above, or a corrected address as he may inform you or the court. You may continue to e-file documents, but a paper copy of all filings must be sent directly to Mr. Greiner until he is again represented by counsel.

Defendant/counterclaimant is hereby informed that failure to take appropriate action to prosecute the lawsuit may result in dismissal of the case.

DATED: 5/19/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed to:**

**Plaintiff:**
Perry L. Greiner
15466 Los Gatos Blvd., #109
Los Gatos, CA 95032

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Mark V. Isola | misola@rehonroberts.com |
| Peter M. Rehon | prehon@rehonroberts.com |
| Tyler J. Olson | tolson@rehonroberts.com |

**Counsel for Defendant:**

| | |
|---|---|
| Stanford H. Atwood, Jr. | stanford@atwoodlaw.com |
| Eric Saul Haiman | eric@atwoodlaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Date:    5/19/08              /s/ MAG
                              Chambers of Judge Whyte